# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

**FILED**
MAR 0 2 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Case No. 1:23-CV-00370-SEB-TAB

Plaintiff

Donald Brent Willsey

Jury Trial: ☐ Yes ☐ No

-v-

Defendants

see attached

# COMPLAINT

**I.   Basis for Jurisdiction**

What is the basis for federal court jurisdiction? (check all that apply)

☐ Federal question          ☐ Diversity of citizenship

**A.** At issue in this case are The United States Constitution Amendment 1; Law of Torts; Failure to Warn; Federal Trade Act (Section 5);15 U.S. Code § 2301, 18 U.S. Code § 1512; 18 U.S. Code § 1513; 18 U.S. Code § 1509; 18 U.S. Code § 178;  18 U.S. Code § 872; 15 U.S. Code § 1125.

**B.** Diversity of Citizenship

1. The plaintiff, Donald Brent Willsey, is a citizen of the State of Indiana.

2. The defendants are:

Page 1 of 12

a. The United States of America, a sovereign nation.

b. U.S. Department of Health and Human Services, an agent of the U.S.A.

c. National Institutes of Health, an agent of the U.S.A.

d. Peoples Republic of China, a sovereign nation.

e. Wuhan Institute of Virology, an agent for the Peoples Republic of China.

f. Pfizer Inc., is incorporated under the laws of the State of New York, and has its principal place of business in the State of New York.

g. Centers for Disease Control and Prevention, an agent of the U.S.A.

h. Food and Drug Administration, an agent of the U.S.A.

i. Federal Bureau of Investigation, an agent of the U.S.A.

j. Central Intelligence Agency, an agent of the U.S.A.

k. United States Department of Homeland Security, an agent of the U.S.A.

l. Federal Communication Commission, an agent of the U.S.A.

m. Internal Revenue Service, an agent of the U.S.A.

n. State of Indiana, a state of the U.S.A.

o. Indiana University, a public university in the state of Indiana.

p. IU Health, a non-profit organization in the industry of health care, under the laws of the State of Indiana, located in the State of Indiana.

q. IU Health Physicians Family Medicine, a non-profit organization in the industry of health care, under the laws of the State of Indiana, located in the State of Indiana.

   r. IU Health Physicians Cardiology, a non-profit organization in the industry of health care, under the laws of the State of Indiana, located in the State of Indiana.

   s. Donald J. Trump, President of the United States of America. Is a citizen of the State of Florida.

   t. Joseph R. Biden, Jr., President of the United States of America, is a citizen of the State of Delaware.

   u. Anthony S. Fauci, M.D., is a citizen of Washington D.C.

   v. Vivek Murthy, M.D., M.B.A., is a citizen of Washington D.C.

   w. Rochelle P. Walensky, M.D., M.P.H., is a citizen of the State of Massachusetts.

   x. Jeff Zients, is a citizen of the State of Maryland.

   y. Eric Holcomb, Governor of the State of Indiana, is a citizen of the State of Indiana.

   z. Kris Box, M.D., F.A.C.O.G, is a citizen of the State of Indiana.

   aa. Joe Hogsett, Mayor of the City of Indianapolis, is a citizen of the State of Indiana.

   bb. Virginia A. Caine, M.D. is a citizen of the State of Indiana.

   cc. Michael S. Brody, M.D., P.H.D., is a citizen of the State of Indiana.

   dd. Tricia Wright, N.P., is a citizen of the State of Indiana.

   ee. Yazid Y. Fadl, M.D., M.P.H., F.A.C.C. is a citizen of the State of Indiana.

   ff. The Little Clinic, is incorporated under the laws of the State of Ohio, and has its principal place of business in the State of Ohio.

   gg. The Kroger Co., is incorporated under the laws of the State of Ohio, and has its principal place of business in the State of Ohio.

    hh. Ascension Health Alliance, Ascension St. Vincent, a non-profit organization in the industry of health care, under the laws of the State of Missouri, located in the State of Missouri.

## II. The Parties to this Complaint

### A. The Plaintiff

  Donald Brent Willsey
  7922 Islay Court
  Indianapolis, Marion County
  Indiana, 46217
  317-437-4756
  dbwillsey@sbcglobal.net

### B. The Defendants

Defendant No. 1

  The United States of America
  1600 Pennsylvania Ave., NW
  Washington, D.C. 20500
  844-872-4681

Defendant No. 2

  U.S. Department of Health and Human Services
  200 Independence Avenue, Southwest
  Washington, D.C. 20201
  877-696-6775

Defendant No. 3

  National Institutes of Health
  900 Rockville Pike
  Bethesda, Maryland 20892
  301-496-4000

Defendant No. 4

>Peoples Republic of China
>3505 International Place, N.W.
>Washington, D.C. 20008
>202-495-2266

Defendant No. 5

>Wuhan Institute of Virology
>Xiao Hong Shan, No. 44
>Wuhan, P.R. China
>027-87998938
>wiv@wh.iov.cn

Defendant No. 6

>Pfizer, Inc.
>235 East 42nd Street
>New York, NY. 10017
>800-879-3477

Defendant No. 7

>Centers for Disease Control and Prevention
>1600 Clifton Road
>Atlanta, GA. 30329
>800-232-4636

Defendant No. 8

>Food and Drug Administration
>10903 New Hampshire Avenue
>Silver Springs, M.D. 20996
>888-463-6332

Defendant No. 9

>Federal Bureau of Investigation
>935 Pennsylvania Avenue, N.W.
>Washington, D.C. 20535
>202-324-3000

Defendant No. 10

    Central Intelligence Agency
    Washington, D.C. 20505

Defendant No. 11

    Department of Homeland Security
    Washington, D.C. 20528
    202-282-8000

Defendant No. 12

    Federal Communication Commission
    45 L Street, N.E.
    Washington D.C. 20554
    888-225-5322

Defendant No.13

    Internal Revenue Service
    1111 Constitution Avenue, Northwest
    Washington, D.C. 20224
    202-622-5000

Defendant No. 14

    State of Indiana
    Office of the Governor
    Statehouse
    Indianapolis, IN. 46204
    800-457-8283

Defendant No. 15

    Indiana University
    107 S. Indiana Avenue
    Bloomington, In. 47405-7000
    812-855-4848

Defendant No.16

    IU Health, Inc
    340 West 10th Street, Suite 4100
    Indianapolis, IN. 46202
    888-484-3258

Defendant No. 17

    IU Health Physicians Family Medicine
    8820 South Meridian Street, Suite 120
    Indianapolis, IN. 46217-6057
    317-865-6700

Defendant No. 18

    IU Health Physician Cardiology
    8820 South Meridian Street
    Indianapolis, IN 46217
    317-962-0500

Defendant No. 19

    Donald J. Trump, President of the United States of America
    1100 S. Ocean Boulevard
    Palm Beach, FL. 33480
    202-456-1414 (Whitehouse switchboard)

Defendant No. 20

    Joseph R. Biden Jr., President of the United States of America
    1600 Pennsylvania Avenue, Northwest
    Washington, D.C. 20500
    202-456-1414

Defendant No. 21

    Anthony S. Fauci, M.D.
    9000 Rockville Pike
    Bethesda, M.D. 20892
    301-496-4000

Defendant No. 22

>Vice Admiral Vivek H. Murthy, M.D., M.B.A.
>200 Independence Avenue, S.W.
>Washington, D.C. 20201
>202-401-7529

Defendant No. 23

>Rochelle P. Walensky, M.D., M.P.H.
>1600 Clifton Road
>Atlanta, GA. 30329
>800-232-4636

Defendant No. 24

>Jeff Zients
>1401 Constitution Ave., N.W.
>Washington, D.C. 20230
>202-482-2000

Defendant No. 25

>Eric Holcomb
>Statehouse
>Indianapolis, IN. 46204
>800-457-8283

Defendant No. 26

>Kris Box, M.D., F.A.C.O.G.
>2 N. Meridian Street
>Indianapolis, IN. 46204
>317-233-1325

Defendant No. 27

>Joe Hogsett
>200 E. Washington Street, Suite 2501
>Indianapolis, IN. 46204
>317-327-3601

Defendant No. 28

>Virginia A. Caine, M.D.
>3838 N. Rural Street
>Indianapolis, IN. 46205-2930
>317-221-2000

Defendant No. 29

>Michael S. Brody, M.D., PhD
>8820 S. Meridian Street, Suite 120
>Indianapolis, IN. 46217-6057
>317-865-6700

Defendant No. 30

>Tricia Wright, N.P.
>8820 S. Meridian Street, Suite 120
>Indianapolis, IN. 46217-6057
>317-865-6700

Defendant No. 31

>Yazid Y. Fadl, M.D.,M.P.H., F.A.C.C.
>8820 S. Meridian Street, Suite 230
>Indianapolis, IN 46217
>317-962-0500

Defendant No. 32

>The Little Clinic
>Head Office
>2620 Elm Hill Pike
>Nashville, TN. 37214
>888-852-2567

Defendant No. 33

>The Kroger Company
>1014 Vine Street
>Cincinnati, OH. 45202
>800-576-4377

Defendant No. 34

>Ascension Health Alliance Headquarters
>4600 Edmundson Road
>St. Louis, MO. 63134
>314-733-8000

## III. Statement of Claim

The origin of the covid-19 pandemic started with an agreement between The United States of America (National Institutes of Health) and The People's Republic of China (Wuhan Institute of Virology). Covid-19 escaped and was vectored throughout the world via the travel industry. More likely than not, this was done to bolster the health care industry and/or cull humanity to stop climate change.

The United States of America through its agents ( National Institutes of Health, Centers for Disease Control and Prevention,...ect.) collaborated with private pharmaceutical companies to manufacture vaccines. Early in the process, there were problems with severe side effects. The United States of America through its agents (Department of Health and Human Services, National Institutes of Health, Centers for Disease control and Prevention, the Federal Bureau of Investigation, Central Intelligence Agency,...ect.) censored and editorialized free speech and the press and recommended the use of a faulty product from a private company. Although there was heavy censorship and editorializing, questions of the safety of the covid-19 vaccines were leaked. President Joseph R. Biden Jr., Anthony S. Fauci, M.D., Vice Admiral Vivek Murthy, M.D.,M.B.A., Rochelle P. Walensky, M.D.,M.P.H., Jeff Zients, Eric Holcomb, Kris Box, M.D.,F.A.C.O.G., Joe Hogsett, Virginia A. Caine, M.D. by accepting their positions are all negligent. The President of the United States of America, Donald J. Trump, told the citizens of the country to take the vaccine and if you have any problems, the government will take care of it. The government has not taken care of my problems and my doctors are out of solutions. According to my doctors, I am going to die September of 2026 plus or minus a few months.

The agents of the United States of America in charge of protecting the Citizens of the United States of America (Centers for Disease Control and Prevention, Food and Drug Administration, Department of Homeland Security, Federal Communication Commission, the State of Indiana, Indiana Department of Health, the city of Indianapolis, Indiana, Marion County Health Department,...ect) were negligent for failing to protecting the citizens of the United States of America which I am one.

Pfizer, Inc. is negligent for manufacturing and distributing a harmful product.

IU Health conspired to present false designations of origins with the State of Indiana and Indiana University.

    I started having Health problems shortly after taking the first vaccine. I called Dr. Brody's office and scheduled an appointment. Dr. Brody failed to show up for the appointment and I got Tricia Wright, NP instead. This appointment was in between covid-19 vaccinations and Dr. Brody (if he would have showed up) and Tricia Wright, NP should have recognized I was having a bad reaction to the covid-19 vaccine and stopped me from receiving the second dose. After I was released from the hospital (the first time), I saw Dr. Yazid Y. Fadl. I asked Dr. Fadl if I should monitor my Potassium levels since the hospital had a hard time keeping my potassium levels up. Dr. Fadl said no; that is settled and why you are taking losartan potassium.

    The Little Clinic, The Kroger Co. and Ascension St. Vincent procured and administered a faulty product in my body and caused great harm.

    The Internal Revenue Service sent me a letter shortly after I sent "AUTHORIZATION FOR USE OR DISCLOSURE OF HEALTH INFORMATION" to U.S. Department of Health and Human Services for my second hospitalization. This letter basically said I did not pay my taxes which I did pay my taxes. I asked for a reason why and the Internal Revenue Service basically said they had to research why that letter was sent. I switched doctors and sent another "AUTHORIZATION FOR USE OR DISCLOSURE OF HEALTH INFORMATION" to U.S. Department of Health and Human Services. Shortly after that, I got another letter from the Internal Revenue Service saying pretty much the same thing as the letter they sent months earlier. This action by the Internal Revenue Service is obviously an act to intimidate, threaten, obstruct, impede, interfere and prevent the due exercise of my rights and the communication to this or any other court.

    In summery, this action is about; first, negligence and product liability; second, poisoning and extortion; third, malfeasance, nonfeasance and malpractice; fourth, bait and switch; fifth, freedom of speech and press and finally abuse of power and the injury it has caused.

## IV. Relief

    I am seeking to be reimbursed for my medical expenses, loss of income, pain and suffering. I am also seeking punitive damages. My medical expenses have totaled $82,405.67. My loss of income is calculated as 24.09 years of life expectancy minus the 5 years (plus or minus) the doctors have givin me to live which is 19..09 times $50,000 per year income equals $954,500.00. Pain and suffering is calculated as the total of the previous at $1,036,905.67. Finally, Punitive damages are calculated as four times the sum of the previous at $8,295,245.36.

    I am entitled to all these damages because people, especially people working for the government and health care should not treat people the way these people have treated

Page 11 of 12

me and all the people like me who interacted with the government and health care industry in good faith.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief the this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specially so identified, will likely have evidentiary support after a reasonable opportunity for futher investigation or discovery; and (4) the complaint otherwise complies with the requirements of rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 03/02/2023

Signiture of Plaintiff  *Donald Brent Willey*